UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:13-CR-005 JD |
| | ) | |
| JONATHAN PARAHAMS (01) | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 24, 2013 [DE 80]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jonathan Parahams' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 286.

SO ORDERED.

ENTERED: July 17, 2013

/s/ JON E. DEGUILIO
Judge
United States District Court